Decided February 20, 1997

## STATE OF CONNECTICUT *v.* DIEGO VAS

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 70 (AC 15782), is denied. .

*Neal Cone,* assistant public defender, in support of the petition.

*Mary H. Lesser*, assistant state's attorney, in opposition.

Decided February 20, 1997

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 905 (AC 15868), is denied.